IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FINGLES METALWORKS, INC., :
       Plaintiff :
        :
v. :    CIVIL NO. AMD 02-2609
        :
PENN NATIONAL MUTUAL INS. :
CO., :
       Defendant :

...oOo...

O R D E R

The premature motion for summary judgment filed by the plaintiff is this 29th day of August, 2002, DENIED WITHOUT PREJUDICE. *See* Fed.R.Civ.P. 56(a).

The Clerk shall TRANSMIT a copy of this order to all counsel and unrepresented parties.

_____
ANDRE M. DAVIS
United States District Judge