UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 28, 2002

MEMORANDUM TO COUNSEL RE:

Jenkins v. Penn National Mutual Cas. Ins. Co.
Civ. No. AMD 02-2609

Mr. Barnes's letter to chambers on behalf of the defendant, dated September 19, 2002, asserted that plaintiff would be filing an amended complaint "in the near future." there has been no further action on the case. Accordingly, I will presume the case has been settled if the plaintiff does not proceed within 20 days.

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt