IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NOV 1 2 2002

| | | |
|---|---|---|
| FINGLES METALWORKS, INC., ET AL. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. AMD02-CV-2609 |
| PENN NAT'L MUT. CAS. INS. CO. | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * *

**NOTICE OF FRCP 41(a)(1) VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Fingles Metalworks, Inc., and Tary Jenkins, by their undersigned counsel, hereby voluntarily dismiss the above-captioned action without prejudice, stating that:

1.  Defendant Penn National Mutual Casualty Insurance Company ("Penn National") has retracted and revised its position several times since the filing of this action, ultimately conceding the position espoused by Plaintiffs in this action, but nonetheless denying coverage and a duty to defend on new grounds which will require a new action.

2.  Penn National has not served upon Plaintiffs an answer or motion for summary judgment, thereby making it appropriate to voluntarily dismiss this case without prejudice pursuant to Rule 41(a)(1).

11/13/2002 APPROVED [signature]

*[signature]*

Irwin R. Kramer
*KRAMER & CONNOLLY*
Suite 211
500 Redland Court
Owings Mills, Maryland 21117
(410) 581-0070

Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 7, 2002, a copy of the foregoing was mailed first class, postage prepaid to:

Phillip Barnes, Esquire
Whiteford, Taylor & Preston
210 West Pennsylvania Avenue
Suite 400
Towson, Maryland 21204
*Counsel for Penn National Mutual Casualty Insurance Company*

*[signature]*

Irwin R. Kramer

152-01.notice of dismissal without prejudice.wpd